## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Francisco R.C., | Civil No. 26-833 (DWF/JFD) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement; Daren K. Margolin, *Director for Executive Office for Immigration Review*; Executive Office for Immigration Review; and David Easterwood, *Director, Fort Snelling Field Office Immigration and Customs Enforcement*, | **ORDER TO SHOW CAUSE** |
| Respondents. | |

On February 2, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered his immediate release. (Doc. No. 6.) Respondents were also ordered to file an update on or before February 5, 2026, confirming Petitioner's release. (*Id.*) Respondents did not file any such update. The Court gave Respondents a second opportunity to file an update by 10:00 a.m. today, February 9, 2026. (Doc. No. 8.) Respondents have not done so.

Accordingly, **IT IS HEREBY ORDERED** that:

1.      Respondents' counsel of record must appear for a hearing on Wednesday, February 11, 2026, at 10:00 a.m. in Courtroom 7C, 7th Floor, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

2.      Respondents shall be prepared to show cause why they should not be held in contempt of court for failing to release Petitioner as outlined in the Court's order dated February 2, 2026, (Doc. No. [6]), and for failing to update the Court as required by the order dated February 6, 2026, (Doc. No. [8]).

3.      Petitioner's counsel may participate in the hearing, but their attendance is not required.

4.      If, before the hearing, Respondents file a notice indicating that Petitioner has been released, the Court will cancel the hearing.


Dated:  February 9, 2026                    s/Donovan W. Frank
                                            DONOVAN W. FRANK
                                            United States District Judge